UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30219 |
|---|---|
| RONALD RAY NICKELL | (Chapter 13) |
| PEGGY ELAINE NICKELL | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 28 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 1,229.86 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service 06-30219

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

RONALD RAY NICKELL
PEGGY ELAINE NICKELL
1372 STUBBS MILL ROAD
LEBANON, OH 45036

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH 45036

(25.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ 07193

(23.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI 48153

(28.3)
HOLLY WOLF
495 S HIGH ST
SUITE 300
COLUMBUS, OH 43215

(24.1n)
HSBC MORTGAGE SERVICES
1270 NORTHLAND DRVE
SUITE 200
MENDOTA HEIGHTS, MS 55120

(27.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(28.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

(1010.1n)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX 75382

Jeffrey M. Kellner BY  /s/ Jeffrey M. Kellner  cs