UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  RONALD RAY NICKELL<br>  PEGGY ELAINE NICKELL<br><br>                            Debtors | CASE NO: 06-30219<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

WITHDRAWAL OF REPORT OF UNCLAIMED FUNDS
(DOCKET NUMBER: 57)

The Chapter 13 Trustee withdraws the REPORT OF UNCLAIMED FUNDS filed on or about DECEMBER 2, 2009. REPORT WAS FILE THROUGH INADVERTENCE AND ERROR. THE PAYMENT OF $1229.86 WAS ISSUED AND SEND TO NATIONSTAR MORTGAGE.

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

RONALD RAY NICKELL
PEGGY ELAINE NICKELL
1372 STUBBS MILL ROAD
LEBANON, OH  45036

(23.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(24.1n)
HSBC MORTGAGE SERVICES
1270 NORTHLAND DRVE
SUITE 200
MENDOTA HEIGHTS, MS  55120

(25.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(27.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(28.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(28.3)
HOLLY WOLF
495 S HIGH ST
SUITE 300
COLUMBUS, OH  43215

(1010.1n)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

Jeffrey M Kellner, Trustee    /S/ Jeffrey M. Kellner_____    cs

0630219_77_20100119_1124_298/T294_cs
###